**Petition Granted and Order filed January 5, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00872-CV

---

**EXXONMOBIL CORPORATION, Appellant**

**V.**

**CARLOS BURGOIN; ALVARO CORONEL; JOSUE MUNOZ; ELIZABETH MURPHY; ROBERTO PENA; PROCULO PEREZ; ALEX RAUDEZ; KASSANDRA RODRIGUEZ; RAUL ROSALES; MICHAEL SALGADO; RIGGIE SPEIGHTS; ARTURO TORRES; AND JOHN TORRES, Appellees**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-52989**

---

### ORDER

Appellant ExxonMobil Corporation filed a petition for permissive interlocutory appeal pursuant to Texas Civil Practices and Remedies Code section

51.014(f). *See* Tex. Civ. Prac. & Rem. Code § 51.014(f); *see also* Tex. R. App. P. 28.3. The petition is granted.[1] The notice of appeal is deemed to have been filed as of the date of this order. Tex. R. App. P. 28.3(k). This appeal is governed by the rules for accelerated appeals. *Id*. A copy of this order shall be filed with the trial court clerk for the 295th District Court of Harris County, Texas.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Zimmerer.

---

[1] On December 20, 2022, ExxonMobil filed a notice of withdrawal of its request for permissive appeal as to appellees Michael Salgado and John Torres.